DOUGLAS H. KRAFT, State Bar #155127
KEVIN G. HOWARD, State Bar #222221
KRAFT OPICH, LLP
7509 Madison Avenue, Suite 111
Citrus Heights, California 95610
Telephone: (916) 880-3040
Facsimile: (916) 880-3045
Email: dkraft@kraftopich.com

Attorneys for Creditor,
American River Bank

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>RYAN J. NEUMAN and SHERI S. NEUMAN,<br><br>Debtors. | CASE NO. 09-12585<br><br>DC No.: KO-1<br><br>Date: December 23, 2009<br>Time: 9:00 a.m.<br>Place: U.S. Bankruptcy Court<br>99 South "E" Street<br>Santa Rosa, CA 95404<br>Hon.: Alan Jaroslovsky |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
MOTION FOR RELIEF FROM AUTOMATIC STAY**

American River Bank, a California corporation ("Bank"), secured creditor in the above referenced matter, in support of its Motion for Relief from Stay, hereby requests the Court to take Judicial Notice pursuant to Federal Rules of Evidence, Rule 201, of the following:

    A.    All petitions, schedules, plans, pleadings and documents filed in the Debtors' case including the following:

        (1)    The Debtors' Schedule A to Debtors' Bankruptcy Petition, a true and correct copy of which is attached hereto as **Exhibit 1**; and

1

(2) The Debtors' Schedule D to Debtors' Bankruptcy Petition, a true and correct copy of which is attached hereto as **Exhibit 2**.

Respectfully submitted,

Dated: December 9, 2009  KRAFT OPICH, LLP

By: _/S/ Douglas H. Kraft_
DOUGLAS H. KRAFT, ESQ.
Attorneys for AMERICAN RIVER BANK

2

Request for Judicial Notice in Support of Motion for Relief From Automatic Stay
Case: 09-12585   Doc# 62   Filed: 12/09/09   Entered: 12/09/09 16:25:49   Page 2 of 10

**EXHIBIT 1**

3

Request for Judicial Notice in Support of Motion for Relief From Automatic Stay
Case: 09-12585   Doc# 62   Filed: 12/09/09   Entered: 12/09/09 16:25:49   Page 3 of 10

B6A (Official Form 6A) (12/07)

In re   Ryan J Neuman,  
        Sheri S Neuman  
                                    Debtors

Case No   09-12585

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community " If the debtor holds no interest in real property, write "None" under "Description and Location of Property "

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim See Schedule D If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Residence Location: 3776 Skyfarm Dr, Santa Rosa CA | | C | 784,010.00 | 1,440,000.00 |
| Rental: 2846 Milo Hae Loop, Koloa, HI | | C | 1,328,731.00 | 1,807,449.00 |
| Rental: 736 Green Way, Santa Rosa, CA | | C | 265,100.00 | 490,262.00 |
| Rental: 453 Mission Blvd, Santa Rosa, CA Condominium | | C | 106,000.00 | 164,357.43 |
| Rental: 140 Courante Ct, Roseville, CA | | C | 374,715.00 | 603,368.00 |
| Rental: 411 E Park Ave, Savannah, GA | | C | 295,728.00 | 323,783.00 |
| Rental: 232 Ridgeway, Santa Rosa, CA | | C | 339,301.00 | 551,994.00 |
| Rental: 1740 Guerneville Rd, Santa Rosa, CA | | C | 303,930.00 | 733,725.00 |
| bare land 1 acre: 1810 Guerneville Rd, Santa Rosa, CA | | C | 400,000.00 | 626,603.16 |
| bare land: 1265 Morgan St, Santa Rosa, CA, approx 10,000 sq ft | | C | 150,000.00 | 292,712.89 |

Sub-Total >   4,347,515.00   (Total of this page)

Total >   4,347,515.00

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Case: 09-12585, Doc# 17, Filed: 08/30/09, Entered: 08/30/09 20.14.51 Page 3 of 34  
Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

Case: 09-12585   Doc# 62   Filed: 12/09/09   Entered: 12/09/09 16:25:49   Page 4 of 10

**EXHIBIT 2**

4

B6D (Official Form 6D) (12/07)

In re  Ryan J Neuman,  
       Sheri S Neuman,  
                                                   Debtors

Case No. __09-12585__

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C §112 and Fed R Bankr P 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 1061205119678<br><br>Americas Servicing Co<br>7485 New Horizon Way<br>Frederick, MD 21703 | | C | Opened 11/18/04  Last Active 7/17/09<br><br>Rental: 140 Courante Ct, Roseville, CA<br><br>Value $  374,715.00 | | | | 428,807.00 | 54,092.00 |
| Account No. 3640124015801<br><br>Aurora Loan Services I<br>10350 Park Meadows Dr St<br>Littleton, CO 80124 | | C | Opened 2/06/07  Last Active 3/04/09<br><br>Rental: 1740 Guerneville Rd, Santa Rosa, CA<br><br>Value $  303,930.00 | | | | 656,234.00 | 352,304.00 |
| Account No. 155550645<br><br>Bac Home Loans Servici<br>450 American St<br>Simi Valley, CA 93065 | | C | Opened 1/22/07  Last Active 7/15/09<br><br>Rental: 2846 Milo Hae Loop, Koloa, HI<br><br>Value $  1,328,731.00 | | | | 1,553,946.00 | 225,215.00 |
| Account No. 22263731<br><br>Bac Home Loans Servici<br>450 American St<br>Simi Valley, CA 93065 | | C | Opened 2/26/07  Last Active 7/30/09<br><br>Rental: 140 Courante Ct, Roseville, CA<br><br>Value $  374,715.00 | | | | 174,561.00 | 174,561.00 |
| __4__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 2,813,548.00 | 806,172.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  Ryan J Neuman,  
      Sheri S Neuman  
Case No. __09-12585__

Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 22260085<br><br>Bac Home Loans Servici<br>450 American St<br>Simi Valley, CA 93065 | | C | Opened 2/01/07 Last Active 7/30/09<br>Rental: 1740 Guerneville Rd, Santa Rosa, CA<br><br>Value $ 303,930.00 | | | | 77,491.00 | 77,491.00 |
| Account No. 23136049<br><br>Bac Home Loans Servici<br>450 American St<br>Simi Valley, CA 93065 | | W | Opened 2/13/03 Last Active 6/08/09<br>Rental: 453 Mission Blvd, Santa Rosa, CA Condominium<br><br>Value $ 106,000.00 | | | | 21,000.00 | 21,000.00 |
| Account No. 1336377950818<br><br>Bank Of America<br>475 Crosspoint Pkwy<br>Getzville, NY 14068 | | C | Opened 5/05/05 Last Active 4/13/09<br>Rental: 411 E Park Ave, Savannah, GA<br><br>Value $ 295,728.00 | | | | 268,666.00 | 0.00 |
| Account No. 68311015111399<br><br>Bank Of America<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 | | C | Opened 6/03/05 Last Active 7/01/09<br>Rental: 411 E Park Ave, Savannah, GA<br><br>Value $ 295,728.00 | | | | 55,117.00 | 28,055.00 |
| Account No. 4651765483517<br><br>Chase Manhattan Mortga<br>10790 Rancho Bernardo Rd<br>San Diego, CA 92127 | | C | Opened 6/24/05 Last Active 7/01/09<br>Residence<br>Location: 3776 Skyfarm Dr, Santa Rosa CA<br><br>Value $ 784,010.00 | | | | 940,000.00 | 155,990.00 |

Sheet 1 of 4 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page): 1,362,274.00 | 282,536.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

Case: 09-12585  Doc# 17  Filed: 08/30/09  Entered: 08/30/09 20:14:51  Page 10 of 34
Case: 09-12585  Doc# 62  Filed: 12/09/09  Entered: 12/09/09 16:25:49  Page 7 of 10

B6D (Official Form 6D) (12/07) - Cont.

In re  Ryan J Neuman,  
       Sheri S Neuman  
                                                    Debtors

Case No. __09-12585__

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 500684-9222018476<br><br>Citibankna<br>Po Box 769006<br>San Antonio, TX 78245 | | C | Opened 8/14/06  Last Active 6/30/09<br><br>Residence<br>Location: 3776 Skyfarm Dr, Santa Rosa CA<br><br>Value $ 784,010.00 | | | | 500,000.00 | 500,000.00 |
| Account No. 024904833683<br><br>G M A C<br>Po Box 12699<br>Glendale, AZ 85318 | | C | Opened 10/17/03  Last Active 8/01/09<br><br>2003 GMC Yukon w/ 75K miles<br>Titled in name of Cornerstone Lending and Realty Inc.<br><br>Value $ 13,365.00 | | | | 1,588.00 | 0.00 |
| Account No. 359118040<br><br>Gmac Mortgage<br>Po Box 4622<br>Waterloo, IA 50704 | | H | Opened 11/22/04  Last Active 5/01/09<br><br>Rental: 736 Green Way, Santa Rosa, CA<br><br>Value $ 265,100.00 | | | | 335,435.00 | 70,335.00 |
| Account No. 7304689169<br><br>Gmac Mortgage Llc<br>3451 Hammond Ave<br>Waterloo, IA 50702 | | C | Opened 2/13/06  Last Active 1/01/09<br><br>Rental: 736 Green Way, Santa Rosa, CA<br><br>Value $ 265,100.00 | | | | 154,827.00 | 154,827.00 |
| Account No. 3900000128<br><br>North Coast Bank<br>90 South E St, Ste 110<br>Santa Rosa, CA 95404-4901 | | C | bare land 1 acre: 1810 Guerneville Rd, Santa Rosa, CA<br><br>Value $ 400,000.00 | | | | 585,000.00 | 185,000.00 |

Sheet __2__ of __4__ continuation sheets attached to  
Schedule of Creditors Holding Secured Claims

Subtotal  
(Total of this page)  1,576,850.00  910,162.00

B6D (Official Form 6D) (12/07) - Cont.

In re  Ryan J Neuman,
       Sheri S Neuman
                                                                                       Case No.   09-12585
                                              Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 3900000070 <br><br> North Coast Bank <br> 90 South E St, Ste 110 <br> Santa Rosa, CA 95404-4901 | | C | bare land: 1265 Morgan St, Santa Rosa, CA, approx 10,000 sq ft <br><br> Value $ 150,000.00 | | | | 265,000.00 | 115,000.00 |
| Account No. 6681006522237 <br><br> Onewest Bank FKA Indymac <br> 6900 Beatrice Dr <br> Kalamazoo, MI 49009 | | C | Opened 9/20/05 Last Active 1/01/09 <br> Rental: 232 Ridgeway, Santa Rosa, CA <br><br> Value $ 339,301.00 | | | | 422,500.00 | 83,199.00 |
| Account No. 6688800607056 <br><br> Onewest Bank FKA Indymac <br> 6900 Beatrice Dr <br> Kalamazoo, MI 49009 | | C | Opened 9/20/05 Last Active 2/01/09 <br> Rental: 232 Ridgeway, Santa Rosa, CA <br><br> Value $ 339,301.00 | | | | 129,494.00 | 129,494.00 |
| Account No. 5100015805 <br><br> Porsche Financial Srvc <br> 4343 Commerce Ct Ste 214 <br> Lisle, IL 60532 | | C | Opened 12/26/04 Last Active 7/31/09 <br> 2005 Porsche Cayenne w/40K miles Titled in name of Cornerstone Lending and Realty Inc. <br><br> Value $ 24,262.00 | | | | 7,813.00 | 0.00 |
| Account No. <br><br> Sonoma County Tax Assessor <br> 585 Fiscal Drive, Suite 103-F <br> Santa Rosa, CA 95403 | | C | bare land: 1265 Morgan St, Santa Rosa, CA, approx 10,000 sq ft <br><br> Value $ 150,000.00 | | | | 27,712.89 | 27,712.89 |

Sheet 3 of 4 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)  852,519.89   355,405.89

B6D (Official Form 6D) (12/07) - Cont.

In re   Ryan J Neuman,
        Sheri S Neuman

Case No. __09-12585__

                                                                Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions) | CODEBTOR | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Sonoma County Tax Assessor<br>585 Fiscal Drive, Suite 103-F<br>Santa Rosa, CA 95403 | | C | bare land 1 acre: 1810 Guerneville Rd, Santa Rosa, CA<br><br>Value $ 400,000.00 | | | | 41,603.16 | 41,603.16 |
| Account No.<br><br>Sonoma County Tax Assessor<br>585 Fiscal Drive, Suite 103-F<br>Santa Rosa, CA 95403 | | C | Rental: 453 Mission Blvd, Santa Rosa, CA Condominium<br><br>Value $ 106,000.00 | | | | 3,220.43 | 3,220.43 |
| Account No. 9420132369828<br><br>Suntrust Mortgage/Cc 5<br>1001 Semmes Ave<br>Richmond, VA 23224 | | W | Opened 2/13/03 Last Active 7/01/09<br>Rental: 453 Mission Blvd, Santa Rosa, CA Condominium<br><br>Value $ 106,000.00 | | | | 140,137.00 | 34,137.00 |
| Account No. 1001000000000780115705<br><br>Washington Mutual Bank<br>3990 S Babcock St<br>Melbourne, FL 32901 | | C | Opened 9/04/07 Last Active 1/01/09<br>Rental: 2846 Milo Hae Loop, Koloa, HI<br><br>Value $ 1,328,731.00 | | | | 253,503.00 | 253,503.00 |
| Account No.<br><br><br> | | | <br><br>Value $ | | | | | |

Sheet _4_ of _4_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page): 438,463.59 | 332,463.59

Total (Report on Summary of Schedules): 7,043,655.48 | 2,686,739.48