Daniel B. Beck SBN 63825
Evan Livingstone SBN 252008
BECK LAW PC
2681 Cleveland Ave
Santa Rosa, CA 95403
Phone (707) 576-7175
Fax    (707) 576-1878
Email: evanlivingtone@sbcglobal.net

Attorneys for Debtors in Possession

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                                        No. 09-12585

    RYAN J NEUMAN                                    Chapter 11
    SHERI S NEUMAN

                Debtors in Possession.
_____/

## CHAPTER 11 DEBTORS' EX PARTE APPLICATION FOR ORDER AUTHORIZING USE OF PRE-PETITION BANK ACCOUNT AS DIP ACCOUNT

Pursuant to 11 USC §105, the Chapter 11 debtors hereby apply for an order authorizing use of their pre-petition financial account at Bank of America as an additional DIP account.

The debtors filed their Chapter 11 on August 15, 2009, and are debtors in possession. On the day the petition was filed the debtors were doing their banking with Bank of America. Upon filing bankruptcy debtors searched for an bank that offered a Debtor In Possession (DIP) account with a visa-debit card feature (a debit card which can be used to make transactions though the Visa network, but is not a credit card) and the ability to make on-line bill payments.

Debtors were unable to find any bank that offered a DIP account with a visa-debit card or on-line bill payment After searching unsuccessfully, Debtors opened a DIP account with Union Bank which allows only basic check writing services. Debtors have deposited all income earned

by the estate, including all rents received from their encumbered property (cash collateral) as well as disbursement checks from debtors' corporation (earnings) into the Union Bank DIP account. This account has accumulated more than $40,000.

Debtors had approximately $22,000 on deposit in their Bank of America checking account at the time they filed Chapter 11. Debtors have been using their pre-petition Bank of America account to pay normal operating expenses of the estate, so that this money has dwindled to less than $2,000.

Rather then closing the pre-petition Bank of America account when it runs out of funds completely, debtors request permission from the court to withdraw operating funds from the Union Bank DIP account and deposit those funds in their pre-petition Bank of America account so debtors can continue to use the debit visa card features and online bill pay features of the Bank of America account to conduct transactions in the ordinary course of debtors' business.

The Office of the United States Trustee was emailed a copy of this application approximately one week before it was submitted to the court. The US Trustee has not expressed any opposition to the application.

WHEREFORE, debtors request the court enter an order authorizing use of debtors' pre-petition Bank of America account as an additional debtor-in possession account.

Respectfully submitted,        BECK LAW PC

Dated: January 11, 2010        /s/ Daniel Beck_____
                          by:  Daniel Beck
                               Attorney for Debtors in Possession