| | |
|---|---|
| 1 | KATHERINE JOHNSON (CA SBN 259854) |
| | JOHN B. ACIERNO III (CA SBN 257176) |
| 2 | JOSEPH C. DELMOTTE (CA SBN 259460) |
| | PITE DUNCAN, LLP |
| 3 | 4375 Jutland Drive, Suite 200 |
| | P.O. Box 17933 |
| 4 | San Diego, CA 92177-0933 |
| | Telephone: (858) 750-7600 |
| 5 | Facsimile: (619) 590-1385 |
| 6 | Attorneys for JPMORGAN CHASE BANK, N.A. |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SANTA ROSA DIVISION

| | |
|---|---|
| In re | Case No. 09-12585-AJ |
| RYAN J. NEUMAN AND SHERI S. NEUMAN, | Chapter 11 |
| | R.S. No. JCD-53 |
| Debtor(s). | AMENDED NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY (11 U.S.C. § 362 and Bankruptcy Rule 4001) |
| | DATE: February 25, 2010 |
| | TIME: 9:00AM |
| | 99 South "E" Street Santa Rosa, CA 95404-6524 |

TO THE DEBTORS, DEBTORS' ATTORNEY AND OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that on the date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order Granting Relief From Automatic Stay on the grounds set forth in the Motion for Relief From Automatic Stay and Declaration in Support of Motion for Relief From Automatic Stay filed concurrently herewith.

/././

/././

- 1 -

PLEASE TAKE FURTHER NOTICE that Respondents must appear personally or by counsel at the above-captioned hearing and may file responsive pleadings, points and authorities and declarations. If Respondents fail to appear, default may be entered.

Dated: February 19, 2010    PITE DUNCAN, LLP

/s/ Joseph C. Delmotte  (CA SBN 259460)
Attorneys for JPMORGAN CHASE BANK, N.A.