| | |
|---|---|
| 1 | MELODIE A. WHITSON (CA SBN 253992) |
| 2 | JOHN B. ACIERNO III (CA SBN 257176) |
| | JOSEPH C. DELMOTTE (CA SBN 259460) |
| 3 | PITE DUNCAN, LLP |
| | 4375 Jutland Drive, Suite 200 |
| 4 | P.O. Box 17933 |
| | San Diego, CA 92177-0933 |
| 5 | Telephone: (858) 750-7600 |
| | Facsimile: (619) 590-1385 |
| 6 | Attorneys for BANK OF AMERICA, N.A. |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SANTA ROSA DIVISION

| | |
|---|---|
| In re | Case No. 09-12585-AJ |
| RYAN J. NEUMAN AND SHERI S. NEUMAN, | Chapter 11 |
| | R.S. No. MAW-1871 |
| Debtor(s). | NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY<br>(11 U.S.C. § 362 and Bankruptcy Rule 4001) |
| | DATE: May 13, 2010<br>TIME: 9:00am |
| | 99 South "E" Street<br>Santa Rosa, CA 95404-6524 |

TO THE DEBTORS, DEBTORS' ATTORNEY AND OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that on the date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order Granting Relief From Automatic Stay on the grounds set forth in the Motion for Relief From Automatic Stay and Declaration in Support of Motion for Relief From Automatic Stay filed concurrently herewith.

/././

/././

- 1 -

| | |
|---|---|
| 1 | PLEASE TAKE FURTHER NOTICE that Respondents must appear personally or by counsel at the above-captioned hearing and may file responsive pleadings, points and authorities and declarations. If Respondents fail to appear, default may be entered. |

Dated: April 8, 2010                              PITE DUNCAN, LLP

/s/ MELODIE A. WHITSON (CA SBN 253992)
Attorneys for BANK OF AMERICA, N.A.