Prober & Raphael, A Law Corporation
Dean Prober, Esquire, #106207
Lee S. Raphael, Esquire, #180030
Cassandra J. Richey, Esquire #155721
David F. Makkabi, Esquire #249825
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
C.094-5995
Attorneys for Secured Creditor The Bank of New York Mellon fka The Bank of New York as Trustee for the Benefit of Alternative Loan Trust 2007-OA3 Mortgage Pass-Through Certificates, Series 2007-OA3

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Bk. No. 09-12585 |
| RYAN J. NEUMAN AND SHERI S. NEUMAN, | CHAPTER 11 |
| Debtors. | R.S. No. DRP – 748 |
| | Hearing-<br>Date : May 18, 2010<br>Time : 9:00 am<br>Place : U.S. Bankruptcy Court<br>     99 South E Street<br>     Santa Rosa, California<br>     Courtroom (Bkcy) |

### NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on *April 30, 2010, at 9:00 a.m*. at the United States Bankruptcy Court, 99 South E Street, Santa Rosa, California, Courtroom (Bkcy), the undersigned will bring on for Preliminary Hearing the attached Motion for Relief from Automatic Stay before the Honorable Alan Jaroslovsky, U.S. Bankruptcy Judge.

-1-

This Motion being heard on 15-day notice, pursuant to B.L.R. 4001-1(c). Any opposition to this motion, if any, may be in writing and may be served and filed with the Court. Alternatively either, Debtors, the Debtors' counsel or the Trustee may appear at the hearing to oppose the relief sought by this Motion without filing a written response.

Failure of the responding party to timely file written opposition or appear may be deemed a waiver of any opposition to the granting of the motion.

DATED: March 25, 2010                   PROBER & RAPHAEL
                                        A LAW CORPORATION

                                        By: /s/ Dean R. Prober Esquire
                                            DEAN R. PROBER, ESQUIRE, #106207
                                        Attorney for Secured Creditor

# SPECIAL NOTICE

## THE FOLLOWING NOTICE IS GIVEN TO YOU IN THE EVENT THAT THE FEDERAL FAIR DEBT COLLECTIONS ACT APPLIES TO THIS COMMUNICATION.

The following statement provides you with notice of certain rights which you may have by law. <u>Nothing in this statement modifies or changes the hearing date or response time specified in the attached documents</u> or your need to take legal action to protect your rights in this matter. No provision of the following statement modifies or removes your need to comply with local rules concerning the attached documents.

## CONSUMER DISCLOSURE

This communication is made in an attempt to collect on a debt or judgment and any information obtained will be used for that purpose. Please be advised that if you notify The Bank of New York Mellon fka The Bank of New York as Trustee for the Benefit of Alternative Loan Trust 2007-OA3 Mortgage Pass-Through Certificates, Series 2007-OA3's attorneys in writing within 30 days that all or a part of your obligation or judgment to The Bank of New York Mellon fka The Bank of New York as Trustee for the Benefit of Alternative Loan Trust 2007-OA3 Mortgage Pass-Through Certificates, Series 2007-OA3 is disputed, then The Bank of New York Mellon fka The Bank of New York as Trustee for the Benefit of Alternative Loan Trust 2007-OA3 Mortgage Pass-Through Certificates, Series 2007-OA3's attorneys will mail to you a written verification of the obligations or judgment and the amounts owed to The Bank of New York Mellon fka The Bank of New York as Trustee for the Benefit of Alternative Loan Trust 2007-OA3 Mortgage Pass-Through Certificates, Series 2007-OA3. In addition and upon your written request within 30 days, you will be provided with the name and address of the original creditor, if different from the current creditor.