UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re

Case No.: 09-12585

Ryan J Neuman and Sheri S Neuman,

               Debtor(s).       /

ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7

The court ordered on October 9, 2009, that the above captioned case would be converted to Chapter 7 if a plan had not been confirmed by March 1, 2010. The debtors received a further order of the Court on February 24, 2010, granting their request to extend the deadline for confirmation to May 1, 2010. Court records indicate that the debtors did not have a plan confirmed by the deadline nor has a further extension been granted.

IT IS THEREFORE ORDERED that the above case is converted to Chapter 7.

Dated: May 6, 2010

                                                Alan Jaroslovsky
                                                U.S. Bankruptcy Judge