Prober & Raphael, A Law Corporation
Dean Prober, Esquire, #106207
Lee S. Raphael, Esquire, #180030
Cassandra J. Richey, Esquire #155721
David F. Makkabi, Esquire #249825
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
C.094-5995
Attorneys for Movant

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Bk. No. 09-12585 |
| | ) | |
| RYAN J. NEUMAN and | ) | R.S. No. DRP - 748 |
| SHERI S. NEUMAN, | ) | |
| | ) | CHAPTER 7 |
| Debtors. | ) | (Converted from Chapter 11 on 05/06/2010) |
| | ) | |
| | ) | |
| THE BANK OF NEW YORK MELLON fka | ) | AMENDED NOTICE OF MOTION FOR |
| THE BANK OF NEW YORK AS TRUSTEE | ) | RELIEF FROM AUTOMATIC STAY |
| FOR THE BENEFIT OF ALTERNATIVE | ) | |
| LOAN TRUST 2007-OA3 MORTGAGE | ) | Hearing: |
| PASS-THROUGH CERTIFICATES, | ) | Date : May 18, 2010 |
| SERIES 2007-OA3, its assignees | ) | Time : 9:00 a.m. |
| and/or successors in interest, | ) | Place: U.S. Bankruptcy Court |
| | ) | 99 South E Street |
| Movant, | ) | Santa Rosa, California |
| vs. | ) | Courtroom (Bkcy) |
| | ) | |
| RYAN J. NEUMAN and | ) | |
| SHERI S. NEUMAN; Debtors, | ) | |
| TIMOTHY W. HOFFMAN, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

TO THE DEBTORS, DEBTORS' ATTORNEY, THE CHAPTER 7 TRUSTEE, AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that Movant's Motion for Relief From Automatic Stay erroneously noticed for Preliminary Hearing on April 30, 2010 at 9:00 a.m., is being heard on **May 18, 2010 at 9:00 a.m.**, at the United States Bankruptcy Court, 99 South E Street, Santa Rosa, California, before the Honorable Alan Jaroslovsky, U.S. Bankruptcy Judge.

DATED: May 11, 2010       PROBER & RAPHAEL, A LAW CORPORATION

By /s/ Dean R. Prober
   DEAN R. PROBER, ESQUIRE, #106207
   Attorneys for Movant