Entered on Docket
May 27, 2010
GLORIA L. FRANKLIN, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: May 27, 2010

_____
     ALAN JAROSLOVSKY
     U.S. Bankruptcy Judge
_____



1  MELODIE A. WHITSON (CA SBN 253093)
   CASPER J. RANKIN (CA SBN 249196)
2  ANNE W. HAMANN (CA SBN 254327)
   PITE DUNCAN, LLP
3  4375 Jutland Drive, Suite 200
   P.O. Box 17933
4  San Diego, CA 92177-0933
   Telephone: (858) 750-7600
5  Facsimile: (619) 590-1385

7  Attorneys for   BANK OF AMERICA, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>RYAN J. NEUMAN AND SHERI S. NEUMAN,<br><br><br><br><br><br><br><br><br>Debtor(s). | Case No. 09-12585-AJ<br><br>Chapter 11<br><br>R.S. No. MAW-1871<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>DATE:     May 13, 2010<br>TIME:     9:00am<br><br>Northern District of California - Santa Rosa Division<br>United States Bankruptcy Court<br>99 South "E" Street<br>Santa Rosa, CA 95404-6524 |

   The above-captioned matter came on for hearing on May 13, 2010, at 9:00 AM, upon the
Motion of Bank of America, N.A. ("Movant"), for relief from the automatic stay of 11 U.S.C. §
362, to enforce its interest in the property of Ryan J. Neuman and Sheri S. Neuman ("Debtors")
commonly known as 411 Park Avenue, Savannah, Georgia 31401 (the "Real Property"), which is
legally described as follows:

- 1 -

ALL that certain lot, tract or parcel of land situate, lying and being in the city of Savannah, Chatham County, Georgia, and known upon a map of plan of said city of Savannah as Lot F, section seven (7), Waring Ward, said Lot having a frontage of thirty (30) feet on Park Avenue and a rectangular depth of one hundred and six (106) feet and being bounded as follows: on the north by Park Avenue, on the south by a lane, on the west by Lot E, said section and ward, and on the east by Lot G, said section and ward. Said Lot having a physical address of 411 East Park Avenue, Savannah, GA 31401.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 10-day stay provided by Bankruptcy Rule 4001 (a)(3) is not waived;

4. Post-petition attorney's fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtors fail to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law;

6. Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case; and

7. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

** END OF ORDER **