Prober & Raphael, A Law Corporation
Dean Prober, Esquire, #106207
Lee S. Raphael, Esquire, #180030
Cassandra J. Richey, Esquire #155721
David F. Makkabi, Esquire #249825
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
C.094-5995
Attorneys for Movant

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Bk. No. 09-12585 |
| RYAN J. NEUMAN and SHERI S. NEUMAN, | R.S. No. DRP - 748 |
| Debtors. | CHAPTER 7 (Converted from Chapter 11 on 05/06/2010) |
| THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF ALTERNATIVE LOAN TRUST 2007-OA3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA3, its assignees and/or successors in interest, | SECOND AMENDED NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY |
| Movant, vs. | Continued Hearing: Date : June 10, 2010 Time : 9:00 a.m. Place: U.S. Bankruptcy Court 99 South E Street Santa Rosa, California Courtroom (Bkcy) |
| RYAN J. NEUMAN and SHERI S. NEUMAN; Debtors, TIMOTHY W. HOFFMAN, Trustee, | |
| Respondents. | |

TO THE DEBTORS, DEBTORS' ATTORNEY, THE CHAPTER 7 TRUSTEE, AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that Movant's Motion for Relief From Automatic Stay which was set for Preliminary Hearing on May 18, 2010 at 9:00 a.m., is now being heard on **June 10, 2010 at 9:00 a.m.**, at the United States Bankruptcy Court, 99 South E Street, Santa Rosa, California, before the Honorable Alan Jaroslovsky, U.S. Bankruptcy Judge.

DATED: May 26, 2010                PROBER & RAPHAEL, A LAW CORPORATION

By /s/ Dean R. Prober
   DEAN R. PROBER, ESQUIRE, #106207
   Attorneys for Movant

| | |
|---|---|
| 1 | Prober & Raphael, A Law Corporation |
| 2 | Dean Prober, Esquire, #106207 |
|   | Lee S. Raphael, Esquire, #180030 |
| 3 | Cassandra J. Richey, Esquire #155721 |
|   | David F. Makkabi, Esquire #249825 |
| 4 | P.O. Box 4365 |
|   | Woodland Hills, CA 91365-4365 |
| 5 | (818) 227-0100 |
|   | C.094-5995 |
| 6 | |
| 7 | Attorneys for Secured Creditor The Bank of New York Mellon fka The Bank of New York as Trustee for the Benefit of Alternative Loan Trust 2007-OA3 Mortgage Pass-Through Certificates, Series 2007-OA3 |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Bk. No. 09-12585 |
|  | ) |  |
| RYAN J. NEUMAN AND | ) | CHAPTER 7 |
| SHERI S. NEUMAN, | ) | (Converted from Chapter 11 on |
|  | ) | 05/06/2010) |
| Debtors. | ) |  |
| _____ | ) | R.S. No. DRP – 748 |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) | Hearing- |
|  | ) | Date : June 10, 2010 |
|  | ) | Time : 9:00 a.m. |
|  | ) | Place : U.S. Bankruptcy Court |
|  | ) |       99 South E Street |
|  | ) |       Santa Rosa, California |
| _____ | ) |       Courtroom (bkcy) |

CERTIFICATE OF SERVICE

1   I, Janice Warren, declare that

2   I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On May 27, 2010 , I served the within Second Amended Notice of Hearing on Motion for Relief from Automatic Stay on the interested parties in this action by placing true and correct copies in the United States Mail at Woodland Hills, California, addressed as follows:

[X]   (By Mail [Federal]) I placed such envelope with postage thereon fully prepaid in the United States mail at Woodland Hills, California.

[X]   (By Mail [State]) I am readily familiar with Prober & Raphael's practice for the collection and processing of correspondence for mailing with the United States Postal Service; it is deposited with the United States Postal Service on the same date in the ordinary course of business at the business address shown above; I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

[ ]   (By Personal Service) I caused such envelope to be delivered by hand to the addressee(s).

[X]   Executed on May 27, 2010, at Woodland Hills, California.

[X]   (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]   (Federal) I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

/s/ Janice Warren

CASE NO.: 09-12585
DEBTORS : RYAN J. NEUMAN and SHERI S. NEUMAN

INTERESTED PARTIES

U.S. Bankruptcy Court
Judge Alan Jaroslovsky
Attention: Chambers Copies
99 South E. Street
Santa Rosa, CA 95404

Ryan J. Neuman
Sheri S. Neuman
2360 Mendocino Avenue A2-311
Santa Rosa, CA 95403
Debtors

Daniel B. Beck, Esquire
Beck Law, P.C.
2681 Cleveland Avenue
Santa Rosa, CA 95403
Attorney for Debtors

Timothy W. Hoffman
PO Box 1761
Sebastopol, CA 95473
Chapter 7 Trustee

Office of the U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104