1  TIMOTHY J. SILVERMAN, ESQ., BAR NO. 145264
   SOLOMON, GRINDLE, SILVERMAN & WINTRINGER
2  A Professional Corporation
   12651 High Bluff Drive, Suite 300
3  San Diego, California 92130
   Telephone: (858) 793-8500
4  Facsimile: (858) 793-8263

5  Attorneys for Secured Creditor
   AMERICA'S SERVICING COMPANY duly authorized servicing
6  agent for U S BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
   CREDIT SUISSE FIRST BOSTON, MBS ARMT 2005-2 its successors
7  and/or assigns

8              UNITED STATES BANKRUPTCY COURT

9      NORTHERN DISTRICT OF CALIFORNIA - SANTA ROSA DIVISION

10 In re                              )    Case No: 09-12585-AJ
                                      )
11     RYAN J. NEUMAN and SHERI S.    )    RS NO: TJS-785
12     NEUMAN,                        )
                                      )    Chapter 7
13         Debtors.                   )
                                      )
14 ───────────────────────────       )    MOTION FOR RELIEF FROM
                                      )    AUTOMATIC STAY
15 AMERICA'S SERVICING COMPANY duly   )
   authorized servicing agent for U S )    Date: August 12, 2010
16 NATIONAL ASSOCIATION, AS TRUSTEE   )    Time: 9:00 a.m.
   FOR CREDIT SUISSE FIRST BOSTON,    )    Ctrm: 99 S "E" Street, Santa Rosa,
17 MBS ARMT 2005-2 its successors and/or )  California
   assigns,                          )
18                                    )    The Courtroom of the Honorable Alan
                                      )    Jaroslovsky
19             Movant,                )
                                      )
20    -vs-                            )
                                      )
21 RYAN J. NEUMAN; SHERI S. NEUMAN;   )
   TIMOTHY W. HOFFMAN, Chapter 7      )
22 Trustee,                           )
                                      )
23             Respondents.           )
                                      )
24 ───────────────────────────       )

25        Secured Creditor and Moving Party, AMERICA'S SERVICING COMPANY duly

26 authorized servicing agent for U S BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR

27 CREDIT SUISSE FIRST BOSTON, MBS ARMT 2005-2 its successors and/or assigns

28 ("Movant"), respectfully submits the following Motion for Relief From Automatic Stay, to

1  enforce its lien upon real property of the Debtors, RYAN J. NEUMAN and SHERI S. NEUMAN

2  ("Debtor").

3      1.      On August 15, 2009, the Debtors filed a voluntary Chapter 11 bankruptcy case.

4  Thereafter, on or about May 6, 2010, the Court entered an Order converting the case to a Chapter

5  7.  The last day to object to discharge is August 30, 2010.

6      2.      Timothy W. Hoffman is the duly qualified and appointed Chapter 7 Trustee.

7      3.      On or about November 18, 2004, Debtors made, executed and delivered to

8  Secured Creditor's predecessor-in-interest Residential Mortgage Capital ("RMC") a written

9  Adjustable Rate Note ("Note").  Pursuant to the Note, Debtors promised to pay to RMC the

10  principal sum of $429,000.00, together with interest on the unpaid principal balance at the rate of

11  5.375% from January 1, 2005 until paid in full.  The current monthly payment is $2,479.39.

12      4.      To secure repayment of the loan, Debtors executed and delivered to RMC a Deed

13  of Trust ("Deed of Trust") on residential real property located at 14 Courante Circle, Roseville,

14  CA 95747 ("Real property").  The Deed of Trust secured Debtors' obligations under the Note and

15  it is a first priority Deed of Trust on the Real property.  The Deed of Trust was recorded on

16  November 24, 2004 in the Official Records of Placer County, California.

17      5.      On or after November 18, 2004, RMC transferred and assigned all of its right and

18  interest in the Note and Deed of Trust for consideration to the Secured Creditor.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    6.    On June 1, 2009, Debtors defaulted under the terms of the Note, by failing to

2  make the monthly payment due on that date. Debtors has failed to make all consecutive monthly

3  payments on the Note due thereafter to Movant. Arrearages now exist in the amount of

4  $38,324.08, representing fourteen (14) payments, and legal expenses. An additional payment is

5  due on August 1, 2010. Arrearages are as follow:

| | | |
|---|---|---:|
| 6/1/09 - 8/1/09 payments of $2,907.91 each | $ | 8,723.73 |
| 9/1/09 -7/1/10 payments of $2,479.39 each | $ | 27,273.29 |
| Accrued Late Charges | $ | 1,344.56 |
| Property Inspection Fees | $ | 47.50 |
| Corporate Balance | $ | 135.00 |
| Attorneys Fees for Motion for Relief | $ | 800.00 |
| Total Arrearages | $ | 38,324.08 |

13    7.    The last payment was received from Debtors on July 16, 2009 representing

14  the May 1, 2009 mortgage payment.

15    8.    Movant has not commenced with any foreclosure actions in this matter.

16    9.    Movant is informed and believes that the liens encumbering the real property are

17  as follows:

18    (a)    A First Deed of Trust in favor of Movant securing an approximate total

19  obligation of $475,917.07.

20    (b)    A Second Deed of Trust in favor of BAC Home Loans Servicing securing

21  an approximate principal obligation of $174,561.00.

22    10.    The total amount due and owing to Movant on the Note as of July 13, 2010 is

23  $475,917.07, excluding attorney's fees.

24  ///

25  ///

26  ///

27  ///

28  ///

3

11.    MOVANT IS NOT ADEQUATELY PROTECTED:

      11.1    Based upon the following analysis, Movant is not adequately protected by the real property owned by the Debtor, and is therefore entitled to relief from the automatic stay pursuant to §362(d)(1) of the Bankruptcy Code:

| | | |
|---|---|---:|
| Provable Market Value | $ | 370,000.00 |
| Less 8% Costs of Sale | $ | 29,600.00 |
| Less Lien of Movant | $ | 475,917.07 |
| Less Lien of BAC Home Loans Servicing | $ | 174,561.00 |
| Total Maximum Equity Cushion | $ | (310,078.07) |

      11.2    After deducting costs of sale and the sum securing the liens of Movant, BAC Home Loans Servicing, there is no equity existing on the real property. This is inadequate to protect Movant's interest in the real property due to the accruing interest and attorney's fees incurred by Movant.

      11.3    Interest continues to accrue on the lien of Movant. Additionally, Movant has incurred, and continues to incur expense in collecting the amounts owed and protecting its interests.

WHEREFORE, Movant prays that the automatic stay be modified as follows:

A.    For an Order granting Movant immediate relief from the automatic stay to take any and all actions, including but not limited to, foreclosure and sale, to enforce its lien on real property located at 14 Courante Circle, Roseville, CA 95747;

B.    Upon foreclosure, in the event the Debtor or any successor or assign, fails to deliver up possession of the subject real property, Movant shall be permitted to proceed with its remedies available in State Court, including that of unlawful detainer;

///
///
///
///
///

1    C.    That the requirements of Bankruptcy Rule 4001(a)(3), be waived;

2    D.    That Movant have such other and further relief as the Court may deem just and

3  proper.

4  Dated: July 15, 2010                    Respectfully Submitted,

5                                          SOLOMON, GRINDLE, SILVERMAN &
                                           WINTRINGER, APC
6

7                                          By:____/S/ Timothy J. Silverman_____
                                           Timothy J. Silverman, Esq.
8                                          Attorneys for Secured Creditor, AMERICA'S
                                           SERVICING COMPANY duly authorized servicing
9                                          agent for U S BANK NATIONAL ASSOCIATION,
                                           AS TRUSTEE FOR CREDIT SUISSE FIRST
10                                         BOSTON, MBS ARMT 2005-2 its successors
                                           and/or assigns
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28