DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

Attorneys for Acting United States Trustee
 AUGUST B. LANDIS

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | No. 09-12585 |
| | ) | |
| **RYAN J. NEUMAN and** | ) | Chapter 7 |
| **SHERI S. NEUMAN,** | ) | (Previous chapter 11) |
| | ) | |
| | ) | Date of Conversion: 5/6/2010 |
| Debtors. | ) | |
| | ) | |

## STATEMENT OF NON-PAYMENT OF STATUTORY FEE
## UNDER CHAPTER 123 OF TITLE 28

1. The undersigned is an employee of the United States Trustee and is authorized to make this request for payment of fees due to the United States Trustee.

2. On the date of the conversion, debtor owed $325 for the second quarter of 2010. The amount is based on disbursements during the pendency of the chapter 11 case pursuant to 28 U.S.C. § 1930(a)(6), for at least $250 to a maximum of $10,000 quarterly through December 31, 2007 and at least $325 to a maximum of $30,000 effective January 1, 2008. The amount is estimated until filing of quarterly reports.

3. The basis for the indebtedness is the unpaid quarterly fee assessed under Chapter 123 of Title 28, United States Code which fees are entitled a first priority in the chapter 7 case as set forth in 11 U.S.C. § 507(a)(1).

Dated: August 12, 2010

Respectfully submitted,
August B. Landis, Acting U.S. Trustee

By:  */s/ Donna S. Tamanaha*
     Assistant U.S. Trustee
     Attorneys for the U.S. Trustee

# CERTIFICATE OF SERVICE

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the Office of the United States Trustee, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 235 Pine Street, Suite 700, San Francisco, California 94104, that on the date set out below, I served a copy of the attached;

**STATEMENT OF NON-PAYMENT OF TITLE 28 FEES**

each party listed below by placing such a copy, enclosed in a sealed envelope, with prepaid postage thereon, in the United States mail at San Francisco, California, addressed to each party listed below.

Chapter 7 Trustee
Timothy W. Hoffman
P.O. Box 1761
Sebastopol, CA 95473

Debtors
Ryan J. Neuman
Sheri S. Neuman
2360 Mendocino Avenue, A2-311
Santa Rosa, CA 95403

Debtor's Counsel
Daniel B. Beck
Beck Law, P.C.
2681 Cleveland Ave.
Santa Rosa, CA 95403

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on August 12, 2010.

By: /s/ Ankey To
     Ankey To