

1   Timothy J. Silverman, Esq.
  Bar No. 145264
2   Solomon, Grindle, Silverman
  & Wintringer
3   A Professional Corporation
  12651 High Bluff Drive, Suite 300
4   San Diego, California 92130
  Telephone: (858) 793-8500
5   Facsimile: (858) 793-8263
  Email: tim@sgsslaw.com

6

7   Attorneys for Secured Creditor
  America's Servicing Company
8   duly authorized servicing agent
  for U S Bank National Association,
9   as Trustee for Credit Suisse First
  Boston, MBS ARMT 2005-2 its
10   successors and/or assigns

**Signed: August 13, 2010**

_____
**ALAN JAROSLOVSKY**
**U.S. Bankruptcy Judge**
_____

11         **UNITED STATES BANKRUPTCY COURT**

12     **NORTHERN DISTRICT OF CALIFORNIA - SANTA ROSA DIVISION**

13

| | |
|---|---|
| In re | Case No: 09-12585-AJ |
| 14 | |
|     RYAN J. NEUMAN and SHERI S. | RS NO: TJS-785 |
| 15     NEUMAN, | |
| | Chapter 7 |
| 16       Debtors. | |
| | ORDER ON MOTION FOR RELIEF |
| 17 | FROM AUTOMATIC STAY |
| | |
| 18   AMERICA'S SERVICING COMPANY duly | Date: August 12, 2010 |
|   authorized servicing agent for U S BANK | Time: 9:00 a.m. |
| 19   NATIONAL ASSOCIATION, AS TRUSTEE | Ctrm: 99 S "E" Street, Santa Rosa, |
|   FOR CREDIT SUISSE FIRST BOSTON, | California |
| 20   MBS ARMT 2005-2 its successors and/or | |
|   assigns, | The Courtroom of the Honorable Alan |
| 21 | Jaroslovsky |
| | |
| 22       Movant, | |
|   -vs- | |
| 23 | |
|   RYAN J. NEUMAN; SHERI S. NEUMAN; | |
| 24   TIMOTHY W. HOFFMAN, Chapter 7 | |
|   Trustee, | |
| 25 | |
|       Respondents. | |
| 26 | |

27

28   ///

1

On August 12, 2010 at 9:00 a.m., in the Courtroom of the Honorable Alan Jaroslovsky of the above-entitled Court, the Motion of Secured Creditor, AMERICA'S SERVICING COMPANY duly authorized servicing agent for U S BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON, MBS ARMT 2005-2 its successors and/or assigns ("Movant") for Relief From Automatic Stay, came on regularly for hearing. William Robbins, Esq., appeared on behalf of Movant. Other appearances were as noted on the record.

Upon review of Movant's Motion, any opposition thereto, having heard oral arguments of counsel, and with good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1.     Movant is granted immediate relief from the automatic stay to take any and all actions, including but not limited to, foreclosure and sale, to enforce its lien on real property located at 14 Courante Circle, Roseville, CA 95747, and legally described as follows:

All that certain real property situated in the City of Roseville, County of Placer, State of California, described as follows:

Lot 71, as shown on Map entitled "Crocker Ranch North-Lot 6", filed for record on March 31, 2003 in Book Y of Maps, Page 81, Placer County Records.

2.     That the requirements of Bankruptcy Rule 4001(a)(3), be waived;

3.     Upon foreclosure, in the event that the Debtors fail to vacate said property, Movant may proceed in State Court for unlawful detainer.

***END OF ORDER***

2