TIMOTHY J. SILVERMAN, ESQ., BAR NO. 145264
SOLOMON, GRINDLE, SILVERMAN & WINTRINGER
A Professional Corporation
12651 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 793-8500
Facsimile: (858) 793-8263

Attorneys for Secured Creditor
AMERICA'S SERVICING COMPANY duly authorized servicing
agent for U S BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
CREDIT SUISSE FIRST BOSTON, MBS ARMT 2005-2 its successors
and/or assigns

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>    RYAN J. NEUMAN and SHERI S. NEUMAN,<br><br>                  Debtors.<br><br>AMERICA'S SERVICING COMPANY duly authorized servicing agent for U S BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON, MBS ARMT 2005-2 its successors and/or assigns,<br><br>                  Movant,<br>-vs-<br><br>RYAN J. NEUMAN; SHERI S. NEUMAN; TIMOTHY W. HOFFMAN, Chapter 7 Trustee,<br><br>                  Respondents. | Case No: 09-12585-AJ<br><br>RS NO: TJS-785<br><br>Chapter 7<br><br>EX PARTE APPLICATION TO AMEND ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY ENTERED AUGUST 13, 2010 RE: CORRECTION OF PROPERTY ADDRESS |

    Secured creditor, AMERICA'S SERVICING COMPANY duly authorized servicing agent for U S BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON, MBS ARMT 2005-2 its successors and/or assigns ("Movant") respectfully

///

1

files its Ex Parte Application to Amend Order on Motion for Relief from Automatic Stay entered August 13, 2010 Re: Correction of Property Address as follows:

Because this change does not affect the merits of the Motion, Movant requests that the Court allow the Order entered August 13, 2010 to be amended to reflect that relief was granted as to "140 Courante Circle, Roseville, CA 95747" and not 14 Courante Circle, Roseville, CA 95747.

This Ex Parte Application is based upon this Application and the accompanying Declaration of Timothy J. Silverman, Esq. which attaches as an exhibit, the proposed Amended Order of the Court on the Application.

Dated: August 23, 2010

Respectfully Submitted,

SOLOMON, GRINDLE, SILVERMAN & SPINELLA

By:_____
Timothy J. Silverman, Esq.
Attorneys for Secured Creditor, AMERICA'S SERVICING COMPANY duly authorized servicing agent for U S BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON, MBS ARMT 2005-2 its successors and/or assigns