Daniel B. Beck, SBN 63865
Evan Livingstone, SBN 252008
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: 707-576-7175
Fax: 707-576-1878

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:                                                     Case No.    09-12585

Ryan Neuman and Sheri Neuman           Chapter    7
         Debtor(s)
_____/

MOTION TO AVOID JUDICIAL LIEN ON REAL ESTATE PURSUANT TO SEC. 422(F);

DECLARATION OF DEBTOR

TO JUDICIAL LIEN HOLDER: IAN M KALEMBER AND STACY L KALEMBER,

Chapter 7 Trustee, and all Parties in Interest, and to their attorneys of record:

<u>Relief Requested</u>

1. Debtor, Ryan Neuman and Sheri Neuman, commenced this case on 8/15/2009 by filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code.

2. Under 28 U.S.C. Sec. 1334, this court has jurisdiction over this motion filed pursuant to 11 U.S.C. Sec. 522(f) to avoid and cancel a judicial lien held by Ian M Kalember and Stacy L Kalember on real property owned by the debtor.

//

//

3. On December 16, 2009, Ian M Kalember and Stacy L Kalember recorded an Abstract of Judgment with the Sonoma County Recorder's Office as Document No. 2009120551 (the Judicial Lien).

4. The Judicial Lien affects the following real properties belonging to debtors:

    3776 Skyfarm Drive, Santa Rosa, California, APN 173-750-019-000

    736 Green Way, Santa Rosa, California, APN 014-195-005-000

5. The debtor's interest in the property referred to in the preceding paragraph and encumbered by the lien has been claimed as full exempt in their bankruptcy case.

6. The existence of Ian M Kalember and Stacy L Kalember's judicial lien on debtor's real property impairs exemptions to which the debtor(s) would be entitled under California Code of Civil Procedure §703.140(b)(5).

WHEREFORE, debtor(s) pray for an order against Ian M Kalember and Stacy L Kalember avoiding and canceling the judicial lien in the above-mentioned properties and for such additional or alternative relief as may be just and proper.

Date: March 23, 2011     `     /s/Dan Beck
                                            Dan Beck, Attorney for Debtor

DECLARATION OF DEBTOR

I, Ryan Neuman, the debtor in the above matter, have personal knowledge of the above facts, and I declare them to be true under penalty of perjury.

Executed: March 23, 2011          /s/ Ryan Neuman
                                            Ryan Neuman

Daniel B. Beck, SBN 63865
Evan Livingstone, SBN 252008
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: 707-576-7175
Fax: 707-576-1878

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                                    Case No.    09-12585

Ryan Neuman and Sheri Neuman                              Chapter     7
                Debtor(s)
_____/

PROPOSED ORDER AVOIDING JUDICIAL LIEN

Upon consideration of the Motion to Avoid Lien dated March 23, 2011, against the lienholder, Ian M Kalember and Stacy L Kalember, and the attendant declaration, and no objection having been filed nor hearing the requested, it is

ORDERED that the motion is granted and the lien held by Ian M Kalember and Stacy L Kalember against Debtor's property in Sonoma County described as:

   3776 Skyfarm Drive, Santa Rosa, California, APN 173-750-019-000

   736 Green Way, Santa Rosa, California, APN 014-195-005-000

which is recorded in the Sonoma County Recorder's Office as Document No. 2009120551 is hereby avoided pursuant to 11 U.S.C. Section 522(f).

** END OF ORDER **

**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, State Bar number, and telephone number):

Recording requested by and return to:
IAN M. KALEMBER
STACY L. KALEMBER
7658 Bodega Avenue
Sebastopol, CA 95472
707.823.6678

☐ ATTORNEY FOR  ☒ JUDGMENT CREDITOR  ☐ ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA
STREET ADDRESS: 600 Administration Drive
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Rosa, CA 95401
BRANCH NAME: SMALL CLAIMS DIVISION

PLAINTIFF: IAN M. KALEMBER
STACY L. KALEMBER
DEFENDANT: CORNERSTONE LENDING AND REALTY, et al.

**ABSTRACT OF JUDGMENT - CIVIL AND SMALL CLAIMS** ☐ Amended

CASE NUMBER: MSC 176882

FOR COURT USE ONLY

2009120551
OFFICIAL RECORDS OF
SONOMA COUNTY
JANICE ATKINSON
GENERAL PUBLIC
12/16/2009 15:10 ABSJ   2 PGS
RECORDING FEE: 11.00
PAID

1. The ☒ judgment creditor ☐ assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ⌐CORNERSTONE LENDING AND REALTY⌐
      DBA MODIFY YOUR MORTGAGE
      2544 CLEVELAND AVENUE
      ⌐SANTA ROSA, CA 95403⌐
   b. Driver's license No. [last 4 digits] and state: CA  ☒ Unknown
   c. Social security No. [last 4 digits]: 0325  ☐ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):

2. ☒ Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   IAN M. KALEMBER
   7658 BODEGA AVENUE
   SEBASTOPOL, CA 95472
   Date: December 14, 2009
   STACY L. KALEMBER
   (TYPE OR PRINT NAME)

4. ☒ Information on additional judgment creditors is shown on page 2.
5. ☐ Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ /s/ Kalember
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 7,605.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): 10/19/2009
   b. Renewal entered on (date):
9. ☐ This judgment is an installment judgment.

[SEAL]

This abstract issued on (date):
DEC 15 2009
JOSE O. GUILLEN

10. ☐ An ☐ execution lien ☐ attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. ☒ not been ordered by the court.
    b. ☐ been ordered by the court effective until (date):

12. a. ☒ I certify that this is a true and correct abstract of the judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached.

Clerk, by _____ Karina P. Royer, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]
Martin Dean's ESSENTIAL FORMS™

**ABSTRACT OF JUDGMENT - CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

Kalember

Case: 09-12585   Doc# 139   Filed: 03/23/11   Entered: 03/23/11 09:51:39   Page 4 of 5

| PLAINTIFF: | IAN M. KALEMBER | CASE NUMBER: |
| --- | --- | --- |
| | STACY L. KALEMBER | MSC 176882 |
| DEFENDANT: | | |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:** et al.

13. Judgment creditor *(name and address)*:
STACY L. KALEMBER
7658 BODEGA AVENUE
SEBASTOPOL, CA 95472

14. Judgment creditor *(name and address)*:

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

NEUMAN, RYAN DBA MODIFY YOUR
MORTGAGE
2544 CLEVELAND AVENUE, SUITE 110
SANTA ROSA, CA 95403

Driver's license no. [last 4 digits]
and state: CA ☒ Unknown
Social security no. [last 4 digits] 0325 ☐ Unknown
Summons was personally served at or mailed to *(address)*:

17. Name and last known address

Driver's license no. [last 4 digits]
and state: ☐ Unknown
Social security no. [last 4 digits] ☐ Unknown
Summons was personally served at or mailed to *(address)*:

18. Name and last known address

Driver's license no. [last 4 digits]
and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

19. Name and last known address

Driver's license no. [last 4 digits]
and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

20. ☐ Continued on Attachment 20.

Martin Dean's
ESSENTIAL FORMS™

**ABSTRACT OF JUDGMENT - CIVIL
AND SMALL CLAIMS**

Page 2 of 2

Kalember

Case: 09-12585   Doc# 139   Filed: 03/23/11   Entered: 03/23/11 09:51:39   Page 5 of 5