IAN M. KALEMBER
STACY L. KALEMBER
7658 BODEGA AVENUE
SEBASTOPOL, CA 95472
Telephone: (707) 823-6678
Email: ikalember@fnf.com
Email: stacy@gsoglaw.com

In Pro Se

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re

Ryan Neuman and Sheri Neuman,

   Debtors.
_____/

Case No.: 09-12585

(Chapter 7)

Date: May 6, 2011
Time: 10:00 a.m.
Ctrm: Hon. Alan Jaroslovsky
99 South E Street
Santa Rosa, CA

## NOTICE OF AND REQUEST FOR HEARING ON OBJECTION TO MOTION TO AVOID JUDICIAL LIEN ON REAL ESTATE PURSUANT TO SEC. 422(f)

Creditors Ian and Stacy Kalember respond to Debtors Ryan Neuman and Sheri Neumans' Motion to Avoid Judicial Lien on Real Estate Pursuant to Sec, 422(f) (the "Motion") as follows:

1.   Ian and Stacy Kalember's judicial lien on the properties located at 3776 Skyfarm Drive, Santa Rosa, California, APN 173-750-019-000 and 736 Green Way, Santa Rosa, California, APN 014-195-005-000 (the "Properties") arise from their December 15, 2009, Abstract of Judgment. A copy of the Abstract is attached hereto as Exhibit A and by this reference is incorporated herein. Ian and Stacy Kalember hereby request that the court take judicial notice of the Abstract.

2.   Debtors filed an amended claim of exemptions on March 23, 2011. This is very late, after they received their discharge.

3.   According to Sec. 522(f): the debtor may avoid the fixing of a lien on an interest of the debtor in property to the extent that such lien impairs an exemption to which the debtor

NOTICE OF AND REQUEST FOR HEARING ON OBJECTION TO MOTION TO
AVOID JUDICIAL LIEN ON REAL ESTATE PURSUANT TO SEC. 422(f)) - Page 1

would have been entitled under subsection (b) of this section. However, the Debtors listed $0.00 as Exempt on the Properties on their Amended Schedule C, filed March 23, 2011. Debtors Amended Schedule C is attached hereto as Exhibit B and by this reference is incorporated herein.

4. There is no factual information on the Motion to warrant the avoidance of Ian and Stacy Kalember's judicial lien. Debtors have not shown what the Properties are worth vs. what is owed.

WHEREFORE, Creditors Ian and Stacy Kalember request that the court:

1. Deny the Motion to Avoid Judicial Lien on Real Estate Pursuant to Sec, 422(f); and

2. Grant Creditors Ian and Stacy Kalember such other and further relief, at law or in equity, to which they may be justly entitled.

DATED: April 12, 2011

By: _____
Ian M. Kalember
Creditor

By _____
Stacy L. Kalember
Creditor

NOTICE OF AND REQUEST FOR HEARING ON OBJECTION TO MOTION TO AVOID JUDICIAL LIEN ON REAL ESTATE PURSUANT TO SEC. 422(f) - Page 2

Case: 09-12585    Doc #: 143    Filed: 04/12/11    Entered: 04/13/11 15:37:56    Page 2 of 7

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, address, State Bar number, and telephone number):

Recording requested by and return to:
IAN M. KALEMBER
STACY L. KALEMBER
7658 Bodega Avenue
Sebastopol, CA 95472
707.823.6678

☐ ATTORNEY FOR  ☒ JUDGMENT CREDITOR  ☐ ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SONOMA
STREET ADDRESS: 600 Administration Drive
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Rosa, CA 95401
BRANCH NAME: SMALL CLAIMS DIVISION

PLAINTIFF: IAN M. KALEMBER
STACY L. KALEMBER
DEFENDANT: CORNERSTONE LENDING AND REALTY, et al.

**ABSTRACT OF JUDGMENT — CIVIL AND SMALL CLAIMS**   ☐ Amended

CASE NUMBER: MSC 176882

FOR COURT USE ONLY:

2009120551
OFFICIAL RECORDS OF
SONOMA COUNTY
JANICE ATKINSON
GENERAL PUBLIC
12/16/2009 15:10 ABSJ
RECORDING FEE: 11.00
PAID
2 PGS

1. The ☒ judgment creditor ☐ assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
   Name and last known address
   ┌─────────────────────────────────┐
   │ CORNERSTONE LENDING AND REALTY  │
   │ DBA MODIFY YOUR MORTGAGE         │
   │ 2544 CLEVELAND AVENUE            │
   │ SANTA ROSA, CA 95403             │
   └─────────────────────────────────┘
   b. Driver's license No. [last 4 digits] and state: CA  ☒ Unknown
   c. Social security No. [last 4 digits]: 0325  ☐ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):

2. ☒ Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   IAN M. KALEMBER
   7658 BODEGA AVENUE
   SEBASTOPOL, CA 95472

Date: December 14, 2009
STACY L. KALEMBER
(TYPE OR PRINT NAME)
▶ /s/ S Kalember
(SIGNATURE OF APPLICANT OR ATTORNEY)

4. ☒ Information on additional judgment creditors is shown on page 2.
5. ☐ Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

6. Total amount of judgment as entered or last renewed:
   $ 7,605.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): 10/19/2009
   b. Renewal entered on (date):
9. ☐ This judgment is an installment judgment.

10. ☐ An ☐ execution lien ☐ attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. ☒ not been ordered by the court.
    b. ☐ been ordered by the court effective until (date):

12. a. ☒ I certify that this is a true and correct abstract of the judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached.

[SEAL — Superior Court of California, County of Sonoma]

This abstract issued on (date): DEC 15 2009
JOSE O. GUILLEN
Clerk, by Karina P. Royer, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]
Martin Dean's ESSENTIAL FORMS™

**ABSTRACT OF JUDGMENT — CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

Kalember

EXHIBIT A

| PLAINTIFF: IAN M. KALEMBER | CASE NUMBER: |
|---|---|
| DEFENDANT: STACY L. KALEMBER | MSC 176882 |

NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS: et al.

13. Judgment creditor *(name and address):*
STACY L. KALEMBER
7658 BODEGA AVENUE
SEBASTOPOL, CA 95472

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16. Name and last known address
NEUMAN, RYAN DBA MODIFY YOUR
MORTGAGE
2544 CLEVELAND AVENUE, SUITE 110
SANTA ROSA, CA 95403

Driver's license no. [last 4 digits]
and state: CA                                          ☒ Unknown
Social security no. [last 4 digits] 0325   ☐ Unknown
Summons was personally served at or mailed to *(address):*

17. Name and last known address

Driver's license no. [last 4 digits]
and state:                                                  ☐ Unknown
Social security no. [last 4 digits]             ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits]
and state:                                                  ☐ Unknown
Social security no. [last 4 digits]:           ☐ Unknown
Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits]
and state:                                                  ☐ Unknown
Social security no. [last 4 digits]:           ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. January 1, 2008]
Martin Dean's
ESSENTIAL FORMS™

**ABSTRACT OF JUDGMENT - CIVIL
AND SMALL CLAIMS**

Page 2 of 2

Kalember

Case: 09-12585   Doc# 143   Filed: 04/12/11   Entered: 04/13/11 15:37:56   Page 4 of 7

In re  Ryan J Neuman,
      Sheri S Neuman

Case No. __09-12585__

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Residence | C.C.P. § 703.140(b)(5) | 0.00 | 784,010.00 |
| Location: 3776 Skyfarm Dr, Santa Rosa CA | | | |
| Rental: 736 Green Way, Santa Rosa, CA | C.C.P. § 703.140(b)(5) | 0.00 | 265,100.00 |
| | Total: | 0.00 | 1,049,110.00 |

# PROOF OF SERVICE

I am employed in the County of Sonoma, State of California. I am over the age of 18 years and not a party to the within action. My business address is 37 Old Courthouse Square, Fourth Floor, Santa Rosa, CA 95404.

On April 12, 2011, I served the attached:

**NOTICE OF AND REQUEST FOR HEARING ON OBJECTION TO MOTION TO AVOID JUDICIAL LIEN ON REAL ESTATE PURSUANT TO SEC. 422(f))**

on the parties listed on the attached Service List. I served such parties in the manner described as follows:

/ X / (BY MAIL) I placed a copy of the above-described document in sealed envelopes, with postage thereon fully prepared for First-Class Mail, addressed to such parties as set forth on the Service List, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of Geary, Shea, O'Donnell & Grattan, P.C., for processing of correspondence, the practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

/_/ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the address(es) noted on the attached Service List.

/_/ (BY FACSIMILE) I caused the said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted on the attached Service List.

I declare under penalty of perjury, under the laws of the United States and of the State of California, that the foregoing is true and correct. Executed at Santa Rosa, California, on April 12, 2011.

_____
Tina Lau

## SERVICE LIST

Daniel B. Beck
Beck Law, P.C.
2681 Cleveland Avenue
Santa Rosa, CA 95403

Ryan & Sheri Neuman
3776 Skyfarm Drive
Santa Rosa, CA 95403

NOTICE OF AND REQUEST FOR HEARING ON OBJECTION TO MOTION TO AVOID JUDICIAL LIEN ON REAL ESTATE PURSUANT TO SEC. 422(f) - Page 4

Case: 09-12585    Doc# 143    Filed: 04/12/11    Entered: 04/13/11 15:37:56    Page 7 of 7