Daniel B. Beck, SBN 63865
Evan Livingstone, SBN 252008
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: 707-576-7175
Fax: 707-576-1878

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 09-12585 |
| Ryan Neuman and Sheri Neuman<br>Debtor(s)<br>_____/ | Chapter 7 |

ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN

On February 26, 2011 Debtor filed a motion pursuant to 11 U.S.C. §522(f) to avoid the judicial lien of Gwendolyn K. Clark (hereinafter Lienholder) which is an Abstract of Judgment recorded on December 23, 2009 with the Sonoma County Recorder's Office as Document No. 2009122757 (the Judicial Lien), which affects the following real properties belonging to debtors: 3776 Skyfarm Drive, Santa Rosa, California, APN 173-750-019-000; 736 Green Way, Santa Rosa, California, APN 014-195-005-000.

The court finds that notice of the motion upon Lienholder was proper and that Lienholder failed to oppose the motion. The court also finds the judicial lien sought to be avoided impairs an exemption to which Debtor(s) would otherwise be entitled under 11 U.S.C. §522(b) and California Code of Civil Procedure §703.140(b)(5).

Wherefore the court HEREBY ORDERS as follows:

1    The judicial lien of Gwendolyn K. Clark which is an Abstract of Judgment recorded on

2    December 23, 2009 with the Sonoma County Recorder's Office as Document No. 2009122757 is

3    void and unenforceable in its entirety as to the properties described above.

4    Dated: May 13, 2011

```
                                        _____
                                        Alan Jaroslovsky
                                        United States Bankruptcy Judge
```